# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                                      **Case No. 01-CR-125**

    **-vs-**

**JAMES BATEMON, JR.,**

        **Defendant.**

## ORDER

Before the Court is defendant James Batemon, Jr.'s ("Batemon") *pro se* motion filed June 2, 2006, for interruption and stay of his sentence to attend his father's funeral. The Court has been apprised that visitation is from 2:00 P.M. to 7:00 P.M. on June 2, 2006. The funeral is scheduled for 10:00 A.M. on June 3, 2006. The defendant states he attempted to obtain a furlough through the United States Bureau of Prisons but they will not grant furlough to an inmate for more than 12-14 hours for the death of an immediate family member. The government does not object to an unsupervised furlough for this purpose. The motion is granted.

**NOW, THEREFORE, BASED UPON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

    1.    James Batemon, Jr. shall be released from the custody of the United States Bureau of Prisons and his sentence is interrupted from 12:00 noon on Friday, June 2, 2006, until 12:00 noon on Monday, June 5, 2006. This period of time shall be added to the defendant's sentence so that it will not constitute a sentence reduction. Defendant must arrange for his own

transportation to and from the Federal Prison Camp at Oxford, Wisconsin. It is further ordered that Batemon shall reside with his family at 5083 North 56th Street, Milwaukee, Wisconsin, 53218, during this period of release.

Dated at Milwaukee, Wisconsin, this 2nd day of June, 2006.

**SO ORDERED,**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**